THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY FRANCOIS, Appellant.

Submitted August 24, 2009; decided August 27, 2009

Reported below, 61 AD3d 524.

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TREVOR FREDERICK, Appellant.

Submitted August 24, 2009; decided August 27, 2009

Reported below, 62 AD3d 612.

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

Chief Judge LIPPMAN taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TARA GRAVINO, Appellant.

Submitted August 17, 2009; decided August 27, 2009

Reported below, 62 AD3d 1259.

Motion for assignment of counsel granted and Kathleen P. Reardon, Esq., 40 Humboldt Street, Rochester, New York 14609 assigned as counsel to the appellant on the appeal herein.